UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 22468
RACHELLE A SIMPSON SWEET
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

          Debtor
     SSN XXX-XX-6811

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 08/26/08 .

     2.   The case was dismissed without confirmation, 10/03/2008.

--------------------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------------

          Summary of disbursements:
--------------------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED      OTHER        TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00        .00         .00          .00          .00
PRINCIPAL PAID           .00        .00         .00          .00          .00
INTEREST PAID            .00        .00         .00          .00          .00
TOTAL PAID               .00        .00         .00          .00          .00
The Debtor's attorney, PRO SE DEBTOR                , was allowed $       .00
and was paid $      .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $      .00 .

     Dated: 01/21/09                      /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

```
                              PAGE   2
   CASE NO. 08 B 22468 RACHELLE A SIMPSON SWEET
```